Claire Borin, Plaintiff v. Nathan Borin, Defendant. Irving Eisenman, Emmett F. Byrne and William L. Kelley, Appellees, v. Nathan Borin, Appellant. Appeal of Nathan Borin, Respondent below.

Gen. No. 45,158.

Simon Herr, of Chicago, for appellant; A. C. Lewis, of Chicago, for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed July 2, 1951; released for publication July 17, 1951.